HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SILVER VALLEY PARTNERS, LLC, a Washington Limited Liability Company; JAMES D. CHRISTIANSON, an individual; the JAMES D. CHRISTIANSON LIVING TRUST, a Trust formed under the laws of the State of Washington; STERLING PARTNERS, LLC, a Washington Limited Liability Company; CHRISTIANSON FAMILY, LLC, a Washington Limited Liability Company; SILVER VALLEY EAGLES, LLC, a Washington Limited Liability Company; and NONSTOP REVENUE, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>RAY DE MOTTE, an individual; CAROL STEPHAN, an individual; MELANIE FARRAND, an individual; SILVER VALLEY CAPITAL, LLC, an Idaho Limited Liability Company,<br><br>Defendants. | Case No. C05-5590 RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter is before the court on Plaintiffs' Motion for Reconsideration. [Dkt. #24] The Court has reviewed and considered the Motion, the cases cited. The issue has been well-briefed.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior

ORDER
Page - 1

1  ruling [Dkt. #23].  Plaintiff's Motion for Reconsideration [Dkt. #24] is DENIED.

3      Dated this 16th day of December, 2005

                               /s/ Ronald B. Leighton
                               RONALD B. LEIGHTON
                               UNITED STATES DISTRICT JUDGE